# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>JULIO DE ARMAS DIAZ,              )<br>ALEXIS TORRES SIMON, and    )<br>ALEXANDER DEL VALLE GARCIA, )<br>                                                          )<br>            Defendants.                 )<br>_____) | Case No. 2:13-cr-0148-JAD-GWF<br><br>**ORDER** |

       This matter is before the Court in regard to the Government's submission of documents for *in camera* review pertaining to funds that were advanced to the confidential informant for the purchase of two purses from Defendant Alexis Torres Simon. Based on its review of the documents, the Court is satisfied that amount advanced by the FBI to the informant for the purchase was $100.00.

       DATED this 8th day of April, 2014.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge