RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Julio de Armas Diaz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DE ARMAS DIAZ, et al,

Defendants.

Case No.: 2:13-cr-148-JAD-GWF

**STIPULATION TO CONTINUE SENTENCING DATE**

(Sixth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

States Attorney, and Christina M. Brown, Assistant United States Attorney, counsel for the United

States of America, and Rene L. Valladares, Federal Public Defender, and BRENDA WEKSLER,

Assistant Federal Public Defender, counsel for JULIO DE ARMAS DIAZ, OSVALDO E. FUMO,

counsel for ALEXIS TORRES SIMON, and KATHLEEN BLISS, counsel for ALEXANDER DEL

VALLE GARCIA, that the sentencing currently set for February 18, 2015  be continued to a date

and time convenient to the court , however no sooner than seven (7) days

This Stipulation is entered into for the following reasons:

1.      The clients are in custody but do not oppose the continuance.

2.      Counsel for Julio De Armas Diaz, will not be in the jurisdiction on the currently set

date. Counsel for De Armas recently filed an additional pleading in regards to the proper guideline

applications.  In light of this, additional time is requested for all parties to prepare for sentencing.

3.      Additionally, denial of this request for continuance could result in a miscarriage of

justice. The additional time requested by this Stipulation is excludable in computing the time within

1

1  which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States §

2  3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and

3  3161(h)(7)(B)(ii).

4          4.        This is the Sixth stipulation to continue sentencing filed herein.

5       DATED February 11, 2015

6

7       RENE L. VALLADARES                        DANIEL G. BOGDEN
        Federal Public Defender                   United States Attorney
8

9       By:    /s/ Brenda Weksler                 By:    /s/ Christina M. Brown
           BRENDA WEKSLER,                            CHRISTINA M. BROWN,
10         Assistant Federal Public Defender         Assistant United States Attorney
           Counsel for Julio de Armas Diaz           Counsel for the Plaintiff
11

12

13      By:    /s/ Osvaldo E. Fumo                 By:    /s/ Kathleen Bliss
           OSVALDO E. FUMO, ESQ.                      KATHLEEN BLISS,
14         CJA Panel Attorney                         CJA Panel Attorney
           Counsel for Alexis Torres Simon            Counsel for Alexander Del Valle
15                                                     Garcia

16

17

18

19

20

21

22

23

24

25

26

27

28

1  UNITED STATES DISTRICT COURT

2  DISTRICT OF NEVADA

3  UNITED STATES OF AMERICA,                Case No.: 2:13-cr-148-JAD-GWF

4        Plaintiff,                         ORDER

5  vs.

6  DE ARMAS DIAZ, et al,

7        Defendants.

8

9  **ORDER**

10       Based on the pending Stipulation of counsel, and good cause appearing therefore and the best

11  interests of justice and judicial economy being:

12            IT IS THEREFORE ORDERED, the sentencing hearing currently scheduled for

13  February 18, 2015  , at 9:00 a.m.; be vacated and continued to ___February 25, 2015_____

14  at the hours of 9:00 a.m.  for De Armas Diaz;

15  at the hour of  10:00 a.m.  , for Torres-Simon;

16  and at the hour of __ 11:00 a.m.  , for Valle-Garcia

17       DATED _ 11th day of February, 2015.

18

19

20                                   _____
                                     UNITED STATES DISTRICT JUDGE

21

3