# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-148-JAD-GWF |
| ) | |
| Plaintiff, ) | **ORDER TEMPORARILY** |
| ) | **UNSEALING TRANSCRIPT** |
| vs. ) | |
| ) | |
| ALEXIS TORRES SIMON, ) | |
| ) | |
| Defendant. ) | |

On 5/26/2014, Felicia Zabin, Court Reporter, received a Transcript Order form **Osvaldo Fumo, Esq.**, requesting various transcripts including the **sealed** Jury Voir Dire Transcript.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by **Osvaldo Fumo, Esq.**

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the sealed proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 28th day of May, 2015.

_____
JENNIFER A. DORSEY
United States District Judge